[No. 7484–2–II.   Division Two.   April 16, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KLAUS
DIETER REDWEIK, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 83–1–00192–1, Dale M. Nordquist, J., entered
January 5, 1984. *Affirmed* by unpublished opinion per

Worswick, C.J., concurred in by Alexander and Green, JJ.